STATE of Missouri,
Plaintiff/Respondent,

v.

George Lee VERNOR,
Defendant/Appellant.

No. ED 78968.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 6, 2001.

George Lee Vernor, Jefferson City, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Attys. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Defendant George Lee Vernor appeals from the judgment denying his Rule 29.07(d) motion to withdraw his guilty plea. We have reviewed the briefs of the parties and the record on appeal and conclude that no jurisprudential purpose would be served by a written opinion. We have, however, provided a memorandum opinion for the use of only the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).